Notice (N.D.Miss.1990)

*UNITED STATES DISTRICT COURT*
NORTHERN DISTRICT OF MISSISSIPPI

# NOTICE

UNITED STATES OF AMERICA

V.                                                            CASE NO. 4:18cr120-GHD-JMV

MICHAEL J. ERICKSON

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| **Place** | **Room No.** |
|---|---|
| UNITED STATES FEDERAL BLDG. | COURTROOM NO. 1 |
| OXFORD, MS | **Date and Time** |
| | TUESDAY, OCTOBER 9, 2018, 10:30 A.M. |

**Type of Proceeding:**

**WAIVER OF INDICTMENT AND PLEA AS TO COUNT(S) 1 OF AN INFORMATON
BEFORE SENIOR JUDGE GLEN H. DAVIDSON.**

**A PRE-SENTENCE INTERVIEW WILL TAKE PLACE IMMEDIATELY FOLLOWING
THE PLEA PROCEEDINGS.  COUNSEL FOR DEFENDANT MAY ATTEND.**

**\*ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENT(S) AS TO COURT APPEARANCES.**

DAVID CREWS, Clerk of Court

___/s/ *Melba Applewhite*_____
Courtroom Deputy

Date:   September 26, 2018

Electronic Notice(s) only to:

To:   Clayton A. Dabbs, AUSA                                U. S. Probation Service

Jeffrey Scott Newton                                              U. S. Marshal

CONTACT CHAMBERS IF YOU HAVE ANY QUESTIONS
Judge_davidson@msnd.uscourts.gov
662.369.6486